DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIZABETH KYRIAKOPOULOS,**
Appellant,

v.

**LOGOS AVIATION SERVICES, INC.,** and **AMERISHIP CORPORATION,**
Appellees.

Nos. 4D2024-2859 and 4D2024-2860

[June 11, 2026]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case Nos. 062009CA049178AXXXCE and 062023CA020252AXXXCE.

Steven Mark Selz of Selz & Muvdi Selz, P.A., Jupiter, for appellant.

Scott James Edwards of Scott J. Edwards, P.A., Boca Raton, for appellee Ameriship Corporation.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

\*　　\*　　\*

*Not final until disposition of timely-filed motion for rehearing.*